1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DESMON LOEB,

11              Plaintiff,                    No. CIV S-05-0903 LKK KJM P

12         vs.

13   D.L. RUNNELS, et. al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42

17   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C.

18   § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's

19   institution of incarceration, has not been filled out.  Also, plaintiff has not filed a certified copy

20   of his prison trust account statement for the six month period immediately preceding the filing of

21   the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit

22   a completed in forma pauperis application and a certified copy in support of his application.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1.  Plaintiff shall submit, within thirty days from the date of this order, a

25   completed affidavit in support of his request to proceed in forma pauperis on the form provided

26   by the Clerk of Court;

1

1          2.  The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis By a Prisoner; and

3          3.  Plaintiff shall submit, within thirty days from the date of this order, a certified

4    copy of his prison trust account statement for the six month period immediately preceding the

5    filing of the complaint.  Plaintiff's failure to comply with this order will result in a

6    recommendation that this action be dismissed without prejudice.

7    DATED:  May 12, 2005.

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14   1/kf
     loeb0903.3

15

16

17

18

19

20

21

22

23

24

25

26