IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

        Plaintiff,                    No. CIV S-05-0903 LKK KJM P

   vs.

D.L. RUNNELS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 5, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint. The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claims against defendants Runnels, Felker, Raft, Hickman, Wright and Wong. With respect to the other claims identified in plaintiff's complaint, the complaint fails to state a claim upon which relief can be granted.

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent

1

prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Plaintiff requests that this action proceed as a class action. Plaintiff, however, is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. <u>See</u> <u>McShane v. United States</u>, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when, as here, the putative class representative is incarcerated and proceeding pro se. <u>Oxendine v. Williams</u>, 509 F.2d 1405, 1407 (4th Cir. 1975). In direct terms, plaintiff cannot "fairly and adequately protect the interests of the class," as required by Rule 23(a)(4) of the Federal Rules of Civil Procedure. <u>See</u> <u>Martin v. Middendorf</u>, 420 F. Supp. 779 (D.D.C. 1976). This action, therefore, will not be construed as a class action and instead will proceed as an individual civil suit brought by plaintiff.

Finally, plaintiff asks that the court appoint an "expert witness." However plaintiff fails to present anything suggesting a need for an "expert witness" at this stage in this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Runnels, Felker, Raft, Hickman, Wright and Wong.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 1, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

/////

1     a.  The completed Notice of Submission of Documents;

2     b.  One completed summons;

3     c.  One completed USM-285 form for each defendant listed in number 1

4    above; and

5     d. Seven copies of the endorsed amended complaint filed May 1, 2006.

6   4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

  5.  Plaintiff's May 1, 2006 request for the appointment of counsel is denied.

  6.  Plaintiff's May 1, 2006 motion for class certification is denied.

  7.  Plaintiff's May 1, 2006 request that the court appoint an expert witness is denied.

DATED:  November 20, 2006.

                _____
                U.S. MAGISTRATE JUDGE

1
loeb0903.1(5.01.06)

3

```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DESMON LOEB,
11           Plaintiff,                    No. CIV-S-05-0903 LKK KJM P
12       vs.
13   D.L. RUNNELS, et al.,                 NOTICE OF SUBMISSION
14           Defendants.                   OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18              1       completed summons form
19              6       completed USM-285 forms
20              7       copies of the    5/1/2006
                                        Amended Complaint
21   DATED:
22
23
                                           _____
24                                         Plaintiff
25
26
```