IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DESMON LOEB,** | 2-05-cv-0903 LKK KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **D. L. RUNNELS, et al.,** | |
| Defendants. | |

Defendants' request for an extension of time to file and serve a response to Plaintiff's second amended complaint filed on May 1, 2006, was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Runnels, Felker, Rath, Hickman and Wright shall have thirty-one days, to and including April 9, 2007, in which to file a response responsive pleading.

DATED: March 13, 2007.

_____
U.S. MAGISTRATE JUDGE