IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

    Plaintiff,                        No. CIV S-05-0903 LKK KJM P

  vs.

D.L. RUNNELS, et al.,

    Defendants.             <u>ORDER</u>

        On April 20, 2007 plaintiff filed a document titled "request for a stay." Plaintiff has not shown cause for a stay, but the court will grant plaintiff an extension of time to file and serve an opposition to defendants' April 6, 2007 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 20, 2007 "request for a stay" is denied.

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' April 6, 2007 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: April 24, 2007.

                                                             U.S. MAGISTRATE JUDGE

1/mp
loeb0903.36(2)