IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB.,
        Plaintiff,                            No. CIV S-05-00903 ALA HC

vs.

D.L. RUNNELS, et al.,
        Defendants.                         ORDER
_____/

      Defendants have answered the complaint. The court requests Plaintiff file a response to Defendant's December 20, 2007, answer.

      Therefore, it is ORDERED that Plaintiff file a response to Defendants answer within thirty-five (35) days of the date of this order.

/////

DATED: December 21, 2007.

                                                /s/ Arthur Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

1