UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Juan Ramirez Campos §
    Plaintiff §
 §
 §
    v. §  NO. S-07-2196-EJG
 §
United States of America §
 §

## PLAINTIFF'S NOTICE OF APPEAL

Comes now, Juan Ramirez Campos, Plaintiff, and files this Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order and dismissal dated, January 9, 2008.

Respectfully submitted,

_____
Juan Ramirez Campos
FCI
P.O. Box 7000
Texarkana Texas 75505-7000


CERTIFICATE OF SERVICE

I, Juan Ramirez Campos, certifies that on the 22 day of January 2008 placed in the inmate mail system 1'st class postage prepaid a copy of the attached notice of appeal to United States Attorney

501 I ST # 10-100
SACRAMENTO CA 95814-2322

_____
Juan Ramirez Campos