IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

    Plaintiff,                              No. CIV S-05-00903 ALA P

    vs.

D.L. RUNNELS, et al.,

    Defendants.                       <u>ORDER</u>

_____/

       On December 26, 2007, this court ordered Plaintiff to file a response to Defendant's answer. On January 18, 2008, Plaintiff filed a document captioned, "PLAINTIFF['S] RESPONSE TO DEFENDANTS ANSWER." In this one page document, Plaintiff claims that he does not recognize Defendant's "counter-claim" and can only address such after discovery. Plaintiff's filing does not satisfy the court's December 26, 2007, order.

       Therefore, IT IS ORDERED that Plaintiff file a response to Defendants answer within twenty-eight (28) days of the date of this order. Failure to do so may result in dismissal.

/////

DATED: January 25, 2008

                                          <u>/s/ Arthur Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation