IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESMON LOEB,

Plaintiff,

vs.

D. L. RUNNELS, et al.,

Defendants.

Case No. 2:05-cv-0903 ALA (P)

ORDER

_______________________________/

Before this Court are Defendants' motion for summary judgment filed on May 5, 2008 (Doc. No. 47), and Defendants' notice of motion and motion to vacate the pretrial and trial dates pending the disposition of the motion for summary judgment filed on May 7, 2008 (Doc. Nos. 48-49). Good cause appearing, it is hereby ORDERED that:

1. Defendants' motion to vacate the pretrial and trial dates (Doc. Nos. 48-49) is GRANTED. The trial date of August 5, 2008, is hereby VACATED. The due dates for pretrial statements set forth the Court's December 21, 2007, (Doc. No. 30) is also hereby VACATED. Trial will be rescheduled after dispositive motions are decided.

2. Plaintiff shall file a response to Defendants' motion for summary judgment (Doc. No. 47) on or before June 12, 2008. Defendants shall file a reply to Plaintiff's

opposition on or before June 23, 2008.

///

DATED: May 8, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation